IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARSALIS A. ANTHONY,

              Plaintiff,

v.

E. CARRILLO, et. al.,

              Defendants.

Case No.  19-cv-3842
Honorable Charles R. Norgle

Magistrate Judge Sidney I. Schenkier

**PLAINTIFF'S NOTICE OF ACCEPTANCE**
**OF RULE 68 OFFER OF JUDGMENT**

Plaintiff Marsalis A. Anthony, by counsel Nnanenyem E. Uche of Uche P.C., hereby

accepts the offer of judgment served on him by Defendant City of Chicago and Defendant Emilio

Carrillo, on January 22, 2020, to allow a judgment to be entered in favor of Plaintiff MARSALIS

A. ANTHONY and against CITY OF CHICAGO and EMILIO CARRILLO collectively, in the

amount of FIFTY THOUSAND AND ONE DOLLARS AND NO/100 CENTS ($50,001.00), plus

NINE THOUSAND NINE-HUNDRED AND NINETY-NINE DOLLARS AND NO/CENTS

($9,999.00) for reasonable attorneys' fees and costs, thereby terminating this litigation against all

named and unnamed Defendants.

A true copy of Defendants' accepted offer is attached hereto as Exhibit A.

PLAINTIFF MARSALIS ANTHONY

BY:    /s/ Nnanenyem E. Uche
          NNANENYEM E. UCHE (ARDC No. 6294606)
          Uche P.C.
          314 N. Loomis St., Suite G2
          Chicago, IL  60607
          (312) 380-5341
          nenye.uche@uchelitigation.com