# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

MARSALIS A. ANTHONY,

Plaintiff(s),

v.

E. CARRILLO, et al.,

Defendant(s).

Case No. 19 C 3842
Judge Charles R. Norgle

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Marsalis A. Anthony
and against defendant(s) City of Chicago and Emilio Carrillo collectively,
in the amount of $50,001.00 plus $9,999.00 for reasonable attorney's fees and costs.

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: thus terminating this ltigation against all named and unamed Defendants.

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Charles Norgle on Plaintiff's Notice of Acceptance of Rule 68 Offer of Judgment.

Date: 2/7/2020

Thomas G. Bruton, Clerk of Court

Eric Fulbright, Deputy Clerk