# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARSALIS A. ANTHONY,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>E. CARRILLO, et. al.,<br>　　　　　Defendants. | Case No. 19-cv-3842<br>Honorable Charles R. Norgle<br><br>Magistrate Judge Sidney I. Schenkier |

## PLAINTIFF'S NOTICE OF ACCEPTANCE
## OF RULE 68 OFFER OF JUDGMENT

Plaintiff Marsalis A. Anthony, by counsel Nnanenyem E. Uche of Uche P.C., hereby accepts the offer of judgment served on him by Defendant City of Chicago and Defendant Emilio Carrillo, on January 22, 2020, to allow a judgment to be entered in favor of Plaintiff MARSALIS A. ANTHONY and against CITY OF CHICAGO and EMILIO CARRILLO collectively, in the amount of FIFTY THOUSAND AND ONE DOLLARS AND NO/100 CENTS ($50,001.00), plus NINE THOUSAND NINE-HUNDRED AND NINETY-NINE DOLLARS AND NO/CENTS ($9,999.00) for reasonable attorneys' fees and costs, thereby terminating this litigation against all named and unnamed Defendants.

A true copy of Defendants' accepted offer is attached hereto as Exhibit A.

　　　　　　　　　　　　　　　　PLAINTIFF MARSALIS ANTHONY

　　　　　　　BY:　/s/ Nnanenyem E. Uche
　　　　　　　　　　NNANENYEM E. UCHE (ARDC No. 6294606)
　　　　　　　　　　Uche P.C.
　　　　　　　　　　314 N. Loomis St., Suite G2
　　　　　　　　　　Chicago, IL 60607
　　　　　　　　　　(312) 380-5341
　　　　　　　　　　nenye.uche@uchelitigation.com